

PITTSBURGH
THEOLOGICAL
SEMINARY

# Faculty Handbook

EXHIBIT A

# Pittsburgh Theological Seminary
# Faculty Handbook

## Faculty Rules and Regulations

*Revised:  February 10, 2014*

# TABLE OF CONTENTS

**Faculty By-Laws**
I.      Faculty Membership ................................................... 3
II.     The Educational Program ............................................. 3
III.    Faculty Meetings ...................................................... 4
IV.     Organizational and Procedures ....................................... 4
V.      Tenured Faculty ...................................................... 5
VI.     Standing Committees ................................................. 6
VII.    Ad Hoc Committees ................................................... 8
VIII    Representatives ...................................................... 8
IX.     Sabbaticals ......................................................... 9
X.      Special Leaves ..................................................... 10
XI.     Academic Freedom Policy ........................................... 10
XII.    Faculty Duties ..................................................... 10
XIII.   Amendments ........................................................ 12


**Faculty and Tenure Policy (Seminary By-Laws, Article VII)**
Sec. 1   General Policies of Appointment and Tenure ..................... 12
Sec. 2   Criteria for Appointment, Promotion ............................ 12


**Administrative Policies (Faculty)**
Faculty Development Policy and Funds Distribution ...................... 16
Grant Proposals and External Funding .................................. 17
Medical Leave Plan .................................................... 17
Business Expense Reimbursement Policy
      (Distributed by the Business Office under separate cover)
Secretarial Services .................................................. 18
Telephone ............................................................. 19
Supplies .............................................................. 19
Postage and Fax ....................................................... 19
Visiting Scholars Policy……………………………………………….21


**Constitution of Pittsburgh Theological Seminary**
Article I.     Name and Relationship ................................... 22
Article II .   General Provisions ...................................... 22
Article III.   Purpose and Scope ....................................... 22
Article IV.    Board of Directors ...................................... 22
Article V.     Administrative Officers ................................. 23
Article VI.    Faculty ................................................. 24
Article VII.   Admissions .............................................. 25
Article VIII.  Student Affairs ......................................... 25
Article IX.    Amendments .............................................. 25

# Faculty Rules and Regulations

**PITTSBURGH THEOLOGICAL SEMINARY**
**FACULTY BY-LAWS**

Approved at Faculty Meeting
March 20, 1992
Amended September 18, 1992; February 17, 1995; May 15, 1996;
May 21, 1997; January 16, 1998; April 22, 2002; May 15, 2002;
April 18, 2005; May 15, 2008

Preamble

The Constitution of Pittsburgh Theological Seminary provides that the Faculty shall "adopt by-laws and procedures which shall be subordinate to the Seminary Constitution and by-laws." (Article VI, Section 10)

The Constitution indicates the Faculty's principal responsibility: "the Faculty shall have power and the duty to formulate the curriculum and to direct the entire educational program of the Seminary." (Article VI, Section 11)

The Constitution provides that the Faculty "shall exercise general authority over the student body, including the power to suspend or dismiss any student for academic reasons subject to the right of appeal. . ." (Article VI, Section 11)

In the light of these and other provisions of the Constitution and By-Laws of the Seminary, the By-Laws of the Faculty shall be as follows:

I.   Faculty Membership
    A. The Faculty of Pittsburgh Theological Seminary shall consist of those teachers elected by the Board of Directors, and members of the Administration granted faculty status by the Constitution of the Seminary. Only these members shall have a vote.

    B. In extension of the Pittsburgh Theological Seminary Constitution, the following definitions will pertain to temporary and/or part-time teaching staff:
      1. Adjunct Professor.  A member of the teaching staff of a neighboring institution who regularly teaches a course or courses at the Seminary.

      2. Visiting Professor.  One who is or has been a member of the teaching staff of another institution, invited to conduct a course or courses for a specific term or terms.

      3. Lecturer.  A person not currently holding a teaching post at another institution but who, by virtue of competence, has been invited to teach one or more courses at Pittsburgh Theological Seminary.

      4. Mode of appointment:  Adjunct and Visiting Professors and Lecturers will be appointed on an annual basis by the President normally upon nomination by the Faculty.

II.  The Educational Program
    A. Education in the Seminary is intended to engage students in activities by which they may acquire additional knowledge, reflect on prior experience, be exposed to new perspectives, and practice needed skills as they seek to deepen and broaden their understanding of the Christian faith and ministry.  This educational function is carried out through a wide range of processes and settings, including classrooms, field positions, independent study and consultation, special lectureships and the use of the Library and Bookstore.  Each activity gives opportunities to reflect upon and to critique both what is done and the way it is done.  Seminary education is offered in generalized and specialized programs, on an introductory, advanced and continuing education basis.

B. The Educational responsibilities of the Faculty are implemented through the following academic programs: courses leading to the Master of Divinity, the Master of Arts, the Master of Sacred Theology, the Doctor of Ministry, and the Doctor of Philosophy degrees, as well as Field Education, a Faculty Advisor System, Lectureships, Continuing Education, and Pastoral Concern for students.

C. The responsibility of the Faculty is two-fold:  a) to formulate educational policies and programs, and b) to implement policies and conduct programs whether in classrooms or in other settings.

III. Faculty Meetings

A. Faculty meetings shall be open.  Attendance at Executive Sessions of the Faculty shall be limited to voting members, except by specific invitation of the Faculty.

B. Unless otherwise specified, Faculty meetings shall be conducted according to regulations governing such meetings as laid down in the most recent edition of Robert's Rules of Order, Revised.

C. Record-keeping and reporting procedures:

1. The Faculty shall elect one of its members to serve as secretary for a two-year term.

2. The secretary shall be responsible for the taking of minutes at all meetings of the Faculty.

3. Minutes of the Faculty, except records of Executive Sessions, shall be distributed to all members of the Faculty and administrative staff within seven days.

4. The secretary of the Faculty shall keep the official minute book and turn it over in good order to his/her successor.

5. During Executive Sessions the secretary shall take minutes to be recorded in the official minute book and not circulated.  Summary statements of Executive Session actions may be circulated if appropriate.

D. A quorum for Faculty meetings shall be two-thirds (2/3) of those voting members of the Faculty not on sabbatical leave or not excused from the meeting.  At the beginning of each meeting the President shall announce the names of those who have been excused.

E. New business brought by individual Faculty members shall be considered only if distributed three days in advance of Faculty meetings, unless docketed by a 2/3 vote of Faculty present and voting.

IV. Organization and Procedures

A. Educational policies shall be implemented and educational programs initiated after Faculty approval.

B. Faculty standing committees are responsible to the Faculty and shall report at each regular meeting of the Faculty.

C. Faculty members shall serve no more than three consecutive years on Faculty committees, or as representatives.

D. The Student Association of the Seminary is invited to select student members of committees as indicated in Section V below.  Committees shall have authority to invite additional student membership when more complete representation is appropriate.

E. Standing committees and representatives of the Faculty shall serve for the full year, i.e., September through August.  The Nominating Committee shall serve April to April.

F. Each Faculty standing committee shall elect a chairperson from among its own members.

G. The Academic Calendar shall be prepared by the Dean of the Faculty, and must be approved by the Faculty at least nine months prior to the beginning of the Academic Year which it covers.

H. Academic Regulations shall be formulated and approved by the Faculty, and shall be printed and circulated annually to Faculty and students by the Dean of the Faculty.

I. A student who has a grievance about an academic matter shall consult with the Dean, and the Dean in turn shall consult with any Faculty member who may be involved. If the matter cannot be resolved in such consultations, the student may make a formal appeal through the Dean to the Faculty, and the Faculty shall resolve the matter in Executive Session.

V. Tenured Faculty

The Tenured Faculty have general responsibility for the relationship of the faculty to the Board of Directors, administration and students. They have general oversight of the faculty's fulfillment of the "Faculty Duties" listed in the Faculty By-Laws (Faculty Handbook) and are responsible for the oversight of faculty workload and for advocating on behalf of the faculty's general welfare. The Tenured Faculty select the faculty members of search committees. The Dean of Faculty presides when the Tenured Faculty meet. If the Dean is not tenured, he/she does not have a vote. The President is a non-voting member. Deliberations of the Tenured Faculty about members of the faculty are confidential.

The Tenured Faculty are responsible for all the following faculty reviews, in each case making a recommendation to the President: tenure and promotion, post-tenure evaluation, pre-tenure evaluation, sabbatical proposals and sabbatical reports, and needs for faculty leaves of absence. Nominations for review for tenure and promotion, which should be made at the beginning of the year of review, may be made to the Tenured Faculty by any person on the faculty or by the President. Voting on recommendations for tenure and promotion is by secret ballot.

All tenured professors vote on any recommendation for tenure and promotion to Associate Professor. In all cases where outside reviewers are used, all tenured professors shall decide on who is to be asked (excluding those outside reviewers chosen by the candidate). Only full professors, meeting separately, vote on any recommendation for promotion to full Professor.

The Working Committee. The Tenured Faculty appoint four persons from their membership to a Working Committee. These persons are appointed for a one year term in April prior to the year of service. The appointments are communicated to the Nominations Committee, which takes these appointments into account when nominating the other faculty committees. The Working Committee has the purpose of gathering necessary information for all reviews named above and of dealing with any other information issues on behalf of the Tenured Faculty. It also looks into concerns that might be raised about any faculty member's performance of "Faculty Duties" (Faculty Handbook) and, if necessary, presents its findings to the Tenured Faculty for review. The Dean of Faculty is the fifth member and the permanent chairperson of the Working Committee. The Dean appoints a secretary from among its members, who also acts as secretary to meetings of the Tenured Faculty.

When a member of the Tenured Faculty is scheduled for a promotion or post-tenure review, or when he/she requests a sabbatical or leave of absence, he/she is not a member of the Working Committee and absents him- or herself from discussions of his/her promotion or post-tenure review or request for sabbatical or leave of absence in meetings of the Tenured Faculty.

Review Procedures.  During the review process for tenure, promotion, and pre- and post-tenure evaluation, the Working Committee interviews the person being reviewed and at least two Committee members attend at least one of his/her classes.  The Committee writes a report, which includes its description of the interview and class, an impartial summary of student evaluations and external reviews (if applicable), and any other relevant information it has gathered.  Except as provided below, the student evaluations are available only to the faculty member reviewed, the Dean, the President, and the members of the Working Committee; external reviews are available only to the Dean, President, and Committee members.  A copy of the report is given to the faculty member being reviewed.

At the conclusion of pre- and post-tenure reviews, the Dean of Faculty writes a critical evaluation of the work of the faculty member, based on the review.  The evaluation is given to the faculty member being reviewed, who may write a response.  Both documents are given to the President, shown to the Tenured Faculty, and become part of the record.

In reviews for tenure and promotion, the person being reviewed, after having received the report of the Working Committee, may respond in writing to the report and may request that the student evaluations and the external reviews be made available to one other member of the Tenured Faculty who is eligible to vote, or to all the members of the Tenured Faculty who are eligible to vote.  The report of the Working Committee, with any response of the faculty member being reviewed and any further reports based on student evaluations or external reviews, shall be considered by the Tenured Faculty in its recommendation to the President.

Other Provisions.    The Tenured Faculty are responsible to appoint an ad hoc committee at any time changes in the Faculty By-Laws or in the academic sections of the Student Handbook are to be considered.  This ad hoc committee takes its recommendations directly to the full faculty for approval.

The Dean establishes the calendar for the Tenured Faculty and for the Working Committee.  The Tenured Faculty meet at least twice a year, at the beginning of the academic year and in April, when Tenured Faculty appoint the members of the Working Committee for the following academic year.

VI.   Standing Committees

A. There shall be three standing committees of the Faculty:  Academic Affairs; Admissions and Standings; and Community Life.  Ordinarily a faculty member serves on no more than one standing committee a year, including the Working Committee of the Tenured Faculty.  The Dean of Faculty shall be a member of all committees.  The committees shall organize themselves for their work each year.

B. The Academic Affairs Committee

1. The Academic Affairs Committee shall be concerned for the integrity of the academic degree programs, and for non-degree courses and programs offered by the seminary.  It shall periodically evaluate current programs and cooperate with the Dean of Faculty in the preparation of the catalog.

2. The Academic Affairs Committee shall consist of six faculty members who shall elect a chairperson from among themselves.  The Directors of the Doctor of Ministry, Continuing Education, and Metro Urban Ministry programs and the Director of the Library shall receive all committee correspondence, including minutes, and shall be consulted whenever issues related to their areas of responsibility are considered.

3. The Academic Affairs Committee shall recommend to the Faculty academic policies, proposed curricula and staffing, new programs, and part-time faculty and visiting professors for supplemental courses.

4. The Academic Affairs Committee shall recommend to the Faculty a balanced listing of course offerings.  The Dean will coordinate the course offerings of the Masters, Doctor of Ministry, and Doctor of Philosophy degrees.

5. The Academic Affairs Committee shall consider the staffing requirements needed to offer the necessary courses, and make recommendations concerning the declaration of vacancies or the academic need for new positions to the Faculty.  Faculty recommendations concerning vacancies shall be presented to the Administration and to the Board.

6. The Academic Affairs Committee shall consult with the Director of the Library concerning the use of library facilities and resources, acquisitions, and library rules and regulations.

7. The Academic Affairs Committee shall be responsible for recommending to the Faculty speakers for all convocations, lectureships, and conferences.

8. The Academic Affairs Committee shall consult with the Manager of the bookstore to ensure that the bookstore functions as an effective support to the educational program.

9. The Academic Affairs Committee shall be the Faculty's representative in matters related to the acquisition, maintenance, and use of audio-visual equipment and computer hardware and software used for educational purposes.

C. Admissions and Standings Committee

1. The concern of the Admissions and Standings Committee shall be all aspects of academic affairs concerning the admission and standing of students.

2. The Admissions and Standings Committee shall consist of three faculty members, who shall elect a chairperson from among themselves, the Director of Admissions, the Registrar, and the Dean of Students.

3. The Admissions and Standings Committee shall be responsible for formulating and implementing policies on admissions, recruitment, academic discipline and standing, nominations for prizes and awards, and any other matters relating to admissions and standings as they arise.

4. The Admissions and Standings Committee shall be responsible for formulating, implementing and evaluating the Faculty Advisor system.

D. Community Life Committee

1. The concern of the Community Life Committee shall be all non-academic aspects of community life, including campus worship.

2. The Community Life Committee shall consist of two members of the Faculty, the Dean of Students, the Organist/Choirmaster, three Masters level students (one of whom shall be the Chapel Coordinator), and the President and Vice President of the Student Association.  The Dean of Students is administrative resource for all Committee business except worship, for which the Organist/Choirmaster has administrative responsibility.

3. The Community Life Committee shall be responsible for addressing matters of student life, including social, justice, pastoral, and health concerns.

4. The Community Life Committee shall be responsible for addressing matters related to international students, in cooperation with the Dean of Students.

5. The Community Life Committee shall be responsible for worship on campus, ensuring that quality, variety, and dignity will be upheld at all times; the reporting of other services of worship held on campus; the scheduling and reporting of all celebrations of the Lord's Supper; and enhancing the spiritual life of the seminary community.

VII. <u>Ad Hoc Committees</u>

A. <u>Nominations Committee</u>

1. The Nominations Committee shall be responsible for nominating faculty members to all standing committees (except the Working Committee of the Tenured Faculty), sub-committees and ad hoc committees, the Directors of the Master of Arts, the Master of Sacred Theology, and the Evening programs, the Secretary of the Faculty and all Faculty representatives.

2. The concern of the Nominations Committee shall be the fair distribution of committee and representative work-load among all faculty members, giving consideration to the various abilities of faculty members in assignments to the different committee and representative functions.

3. In April of each year, the Nominations Committee shall be selected from the members of the Faculty in alphabetical order by surname.  Each year the Committee shall be identified as the next five people in alphabetical order.  Persons on sabbatical leave at that time or during the next academic year shall be excluded.  The Committee shall present nominations at the May meeting of the Faculty.

VIII. <u>Representatives</u>

A. The following Faculty representatives to the Board of Directors and other committees and agencies shall be nominated by the Nominations Committee.

1. One Faculty Observer to the Board of Directors and the Executive Committee of the Board, as provided in the Seminary By-Laws (Art. III, Sec. 2.F.).

2. One faculty member to serve on the Financial Aid Committee.

3. One faculty member to serve on the Board of the East End Cooperative Ministry.

4. Two faculty members to serve on the Seminary Long-Range Planning Committee.

5. Three faculty members to serve as members of the Hearing Readiness Panel provided by the Sexual and Racial Harassment Policy.

6. One faculty member to serve as Director of the Seminary Evening Program.

7. The Faculty Marshal and one other faculty member to serve on the Commencement Committee.

B. Each representative shall be responsible for:

1. notifying the Faculty in advance of any substantive issues to be considered at meetings of such boards, committees or agencies in order that the Faculty may have an opportunity to indicate their thinking on such issues; and

2. reporting on the actions of such boards, committees or agencies to the next subsequent meeting of the Faculty.

IX.   <u>Sabbaticals</u>

A. The Constitution (Article VI. Faculty, Section 12) and By-Laws (Article V., Section 4, c. (4) authorize sabbatical leaves to be granted under policy recommended by the Education Committee of the Board.

All regularly elected members of the full-time faculty and those holding joint faculty-administrative appointments are eligible for sabbatical leave. Sabbaticals are mainly intended to be used for research and/or publication projects, but they may also be used for projects that significantly enrich a faculty member's teaching and professional standing as well as for projects that significantly contribute to the life of the Seminary and/or the church. Proposals for sabbatical projects are reviewed and, if found acceptable, approved by the Tenured Faculty, in consultation with the President. The President then makes a recommendation to the Education Committee of the Board.

Sabbatical proposals are written in accordance with the following guidelines: <u>The first part</u> of the proposal is a summary statement that includes the following information: (1) term(s) and year in which the sabbatical is planned; (2) a brief description of the area of study or work and of objectives or goals; (3) where the candidate expects to spend the sabbatical; (4) a brief statement of any unusual aspects of/circumstances concerning the proposed sabbatical that need special recognition by those reviewing the proposal; (5) a statement about how the candidate's teaching responsibilities--and whatever other responsibilities may be involved--during the proposed sabbatical period can be adequately covered. This (no. 5) presupposes prior consultation with whoever is concerned and with the Dean.

<u>The second part</u> is a detailed presentation at length of the proposed sabbatical project. It outlines the work to be done and includes an account of how this work relates to and extends the candidate's previous scholarly or professional development. If the project is to contribute directly to the life of the Seminary or of the church, this must be fully explained. If travel or work at another institution is involved, this must be fully explained. Finally, it includes a statement of accountability that answers the question: in what way or by what criteria should the sabbatical project be evaluated? The candidate should attach, as an appendix, any supporting documentation that might be pertinent.

After the sabbatical leave, the faculty member makes both a full written report to the Working Committee, Dean, President and Board as well as an oral report to the Board concerning how the sabbatical time was spent, its results and evaluation. A more informal report will also be arranged for the faculty.

After the sabbatical leave, a faculty member is normally under obligation to remain with the Seminary for the same period as her/his leave.

B. The Education Committee of the Board has traditionally approved awarding sabbaticals according to the following schedule:
1. One term after two years of service.

2. Two terms after four years of service.

3. One full year after six years of service.
   "Years of service" are counted from the end of the most recent sabbatical leave. In exceptional cases where a faculty member's proposal for sabbatical time conflicts with obligations at the Seminary that make the sabbatical leave at the desired time impractical, the Dean, in consultation with the faculty member, will recommend to the President adjustments that maintain the ratio of one term sabbatical for every two years of service. New faculty normally become eligible for sabbatical leave after four full years of teaching.

C. Applications and proposals for sabbaticals, including a full description of the proposed project, shall be submitted to the Dean, who provides for the consideration of the Working Committee and the President information concerning the teaching needs of the Seminary for the relevant year.  The effort will be made to plan sabbaticals so as to meet the faculty member's needs for research time as well as continuing to meet the needs of the Seminary.

D. The Working Committee consults with the President and the Dean on the following aspects of sabbatical proposals:
1. The quality of the proposal regarding either one or all of the following:  the contribution to scholarship, the enrichment of teaching and professional standing, the contribution to the life of the Seminary and/or church.

2. Whether or not the sabbatical time requested is commensurate with the project description.

3. Whether or not the sabbatical leave is viable in view of the teaching and/or administrative obligations of the faculty member making application.

4. When several applications are made for the same period of time, the determination of whether or not the Seminary can allow all leaves without detriment to its program and, if there is detriment, the determination of the priorities by which certain leaves are postponed.

X.   Special Leaves
The President and Board of Directors may grant special leaves with full or reduced pay or without pay.  Such leaves may be allowed for unusual academic circumstances, such as invitations to teach at other institutions or because of unusual personal circumstances.  When such leaves are allowed, their relationship to sabbatical time is determined in advance and in consultation with the faculty member involved by the President, Dean and Board of Directors.

XI.  Academic Freedom Policy
PTS is a Seminary of the PCUSA that fosters a learning environment within an ecumenical Christian ethos, preparing students for service in church communities.  The academic freedom and responsibility of its instructors are shaped by our allegiance to Jesus as Lord, and our common Christian identity under the triune God (as provided for in the 1976 "Principles of Academic Freedom" of the ATS, endorsed by PTS in our By-Laws, Article 6, Section 5, November 2003).

Within this framework, a faculty member is free to express opinions in research, publishing, teaching and public actions, without prior authorization of PTS.  In this freedom, faculty may expect the support of their institution. Where there are disagreements between PTS colleagues concerning substantive matters of the faith, it is expected that debate will take place within an atmosphere of respect, born of Christian truth and love.

XII. Faculty Duties
Expectations for scholarship included in the promotion and tenure policy of this Handbook are not included in this statement.

Teaching
1    The normal course load is 15 hours, but 18 hours may be taught in times of special need without extra remuneration.  If a course counting toward the 15 hours is not taught, the three hours must be made  up in the current or the following academic year either by teaching an additional 3-hour course or by other duties, as may be decided in consultation with the dean (e.g., summer teaching, additional leadership in Continuing Education, workshops in teaching methods, workshops in computer teaching and learning).  Courses taught in the D.Min. Program count toward the 15-hour course load.

2    Courses taught in the summer are paid extra remuneration, assuming the 15-hour course requirement from the previous year has been fulfilled.  Remuneration is paid in accordance with the pay for adjunct teaching.

3   Normally every three years each member of the Faculty teaches in the Continuing Education Program (possibly off campus).  This is in addition to the required 15 hours of teaching and is without extra remuneration, unless the Faculty member is engaged more often than every three years.  Normally the Faculty member teaches a course that takes place on one morning in a 4-week sequence of mornings (4 mornings).  It is the responsibility of the Director of Continuing Education to keep account of Faculty teaching in the Program and to approach Faculty about teaching.

4   Acting as reader and tutor for Independent/Directed Studies, honors theses, and D.Min. or Ph.D. papers and dissertations does not replace hours of teaching.   Professors will ordinarily supervise no more than 12 hours of independent/directed studies per year.

5   Faculty may not excuse themselves from teaching responsibilities without arrangements being made for adequate substitution in consultation with the dean.

6   The Faculty of each area of the curriculum (Old Testament, New Testament, Church History, etc.) meet regularly to plan for priorities in course offerings and to consider sabbatical plans.  This is done at least every two years, in the period prior to meetings with the dean and registrar for the purpose of setting courses for the PTS Catalog.  Such meetings are normally convened and chaired by the senior person in the area, seniority being determined first by rank and tenure, second by years of teaching at PTS.

7   The Faculty are professional teachers who pursue opportunities to improve their teaching and the learning of their students.  This includes review of student evaluations of courses and, as needed, conversations with the Dean about them.

8   Certain Faculty chairs and the Meneilly Professorship of Leadership and Ministry have descriptions originating with the donors that define the work of the occupant.  With regard to the occupants of chairs, such descriptions affect only the elective courses; they share equal responsibility for required courses with their area colleagues.

Several members of the Faculty are administrators of Seminary programs.  They are allowed a reduction in teaching load as stated in their specific job descriptions, but otherwise share in all Faculty obligations.  These administrators are the Director of the Metro-Urban Institute, the Director of the Summer Youth Program, the Director of Field Education and the Director of the Museum and leader of Seminary archeological projects.

The Librarian is a member of the Faculty without specific teaching duties but may teach courses in his/her area of qualification (in consultation with the President and Dean).

9   The Dean, the Working Committee and the Masters Committee share responsibility for reviewing situations of Faculty overload and for recommending appropriate steps for rectification.  With regard to reading papers and dissertations in the D.Min. and the Ph.D. programs, the Dean, the Director of the D.Min. Program and (as the final hearer of complaints) the Working Committee are responsible for insuring that members of the faculty are not overloaded with such work.  The assumption of Independent/Directed Studies is a matter for individual Faculty decision and responsibility.

Student Advisor
10  The Faculty are available for student advising at Orientation and both in the week prior to and during the period of Registration.  If for any reason an absence is unavoidable, the Dean and the Faculty member's advisees are notified in advance of the absence, so that a replacement can be arranged.

11  The Faculty are available to all students seeking their counsel.

Other Faculty Duties

12  The Faculty are responsible for the curriculum and for insuring that students meet the requirements of the various degree programs.

13  The Faculty attend all Faculty meetings; absences are excused in advance by the Dean. The Faculty are responsible members of their committees.

14  The Faculty attend all events calling for the Faculty to be dressed in academic regalia. Absences are excused in advance by the Dean.

15  The Faculty provide models of worship leadership by serving as leaders of chapel worship services and by attending.

16  The Faculty demonstrate their support and concern for students by offering their services wherever needed and as time allows, and by participation in Seminary community events.

17  Whereas participation in church and civic organizations and in professional guilds is encouraged, the members of the Faculty are responsible, where necessary in consultation with the Dean, for insuring that such participation does not hinder teaching, scholarship and Seminary community participation.

18  The Faculty support the Constitution of the Seminary in accordance with the faculty requirement in the PTS Constitution, Article VI, Section 8.

XIII. Amendments
     These By-Laws may be amended at any regular meeting of the Faculty upon thirty days written notice of the proposed amendment.


**FACULTY AND TENURE POLICY**

SEMINARY BY-LAWS ARTICLE VII
[BOARD OF DIRECTORS]

Section 1. General Policies of Appointment and Tenure

A.  Recommendations for appointment and promotion shall be based upon the individual merits of the candidate as well as: (1) the current standards of the relevant discipline or profession at large and (2) the current and expected future requirements of the candidate's division.

B.  Each non-tenured faculty member's performance and professional competence shall be reviewed annually. The faculty member will be invited to submit material needed to assure adequate consideration for annual and promotion or tenure reviews.  Each tenured faculty member's performance and professional competence shall be reviewed no less frequently than every five years.

C.  The Seminary shall send to each new member of the faculty a letter or other form of contract setting forth the terms and conditions of his or her appointment.  Each newly appointed person shall receive a copy of Article VII of these By-Laws or some other appropriate summary of the policies governing faculty appointments which are in effect at the time.

D.  The Board of Directors may release or dismiss a Faculty member who does not have indeterminate tenure for any reason found to be necessary or desirable for the operation of the Seminary.

<u>Section 2. Criteria for Appointment, Promotion</u>

A.   The criteria for Faculty appointments, promotions and for periodic evaluations are:

1.  Teaching effectiveness
2.  Scholarly achievements
3.  Service to the Seminary
4.  Service to the Church and Community

Teaching effectiveness and scholarly achievements will normally be the most important criteria.  In certain fields, professional ability and strong teaching gifts may be considered more important than academic credentials or scholarly productivity.  It is understood that the abstract categories given below must be applied to individuals with wisdom and flexibility.  The word "ordinarily" is used to guarantee this freedom.

B.   Minimum Levels of Competence for Faculty Ranks:

1.  Instructor

An instructor ordinarily shall have an M.Div. degree, or its equivalent in the field of the appointment, and shall have done significant graduate work in that field beyond that degree.  The applicant shall show promise of teaching effectiveness and be committed to professional growth and to the service of the church.

2.  Assistant Professor

An assistant professor ordinarily shall have an academic doctorate (e.g. Ph.D., Th.D.), shall have demonstrated proficiency as a teacher, and shall show promise of scholarly contributions in her or his field.  A record of service to the church, a declared commitment to the Seminary and its programs and clarity about continued professional development are expected.

3.  Associate Professor

An associate professor ordinarily shall have an academic doctorate and shall have shown evidence of scholarly productivity by significant publications authored by him or her in her or his discipline.  Ordinarily, this would mean several articles and one book which has received good reviews.  He or she shall be recognized by peers and students as an effective teacher and shall have at least four years experience at the assistant professor level.  Creative contributions to the Seminary community, active participation in the life of the church, continued professional growth and scholarly productivity are expected.

4.  Professor

A professor ordinarily shall have an academic doctorate, at least three years' experience at the Associate Professor level, and shall have become a widely recognized force in her or his discipline, as evidenced by published articles and books which have received favorable reviews, invitations to lecture or teach at other institutions of higher education, active participation in professional societies, or reception of fellowships, grants and prizes.  He or she shall be recognized by peers and students as an outstanding teacher.  Creative contributions to the Seminary community, active participation in the life of the church, continued professional growth and scholarly productivity are expected.

C.   Terms of Appointment

1.  Professors may be appointed for a specific term or with indefinite tenure.  The term of Faculty holding joint administrative-Faculty appointments in which administrative responsibilities are primary shall be co-terminus with the term of the administrative appointment unless the Board grants indeterminate tenure or eligibility for

indeterminate tenure as a part of the Faculty appointment.  Instructors shall be appointed for terms of one (1) year.  Assistant Professors and Associate Professors shall be appointed for terms of not more than three (3) years, with reappointments for specific terms of not more than three (3) years.  In order to fill special, temporary needs, appointments to the faculty, at any rank, may be made for specific, non-renewable terms.

2.    The term of a member of the faculty appointed or reappointed for a specific term of years shall end at the end of the term without notice.  A member of the faculty may be reappointed for a term beginning at the end of any current term.  When a decision is made to renew an appointment, a faculty member shall be notified in writing no later than March 15 in the first year of service of a one-year appointment and no later than December 15 in subsequent years of service; no later than December 15 of the second year of a two-year appointment; and no later than the second year of a three year appointment.

3.    Leaves of absence granted before the attainment of tenure do not interrupt the tenure-stream status, but may prolong the maximum allowable period in the tenure stream.  The period of leave would not be counted as a part of the term or probationary period of service.

D.    Procedure for Appointment to Tenure

1.    A faculty member may be accorded tenure at the rank of either Associate Professor or Professor but appointment or promotion to the rank of Associate Professor or Professor shall not include an automatic award of tenure.  A Faculty member holding joint administrative-Faculty appointment in which administrative responsibilities are primary shall not be eligible for tenure at any time unless the Board grants eligibility for indeterminate tenure as a part of the Faculty appointment.  Such action is taken by the Board of Directors upon recommendation of the President, subsequent to a vote of the Faculty Review Committee.

2.    The award of tenure may take place at any time during the probationary  period, but will ordinarily be accorded only after a faculty member has taught at the Seminary and/or a like institution for at least six academic years, and in no case shall the tenure decision be delayed beyond the eighth year of service.  If tenure is not awarded, the probationary appointee must be given at least one (1) year of notice prior to the end of the probationary appointment.

3.    Indefinite tenure means permanent status on the faculty and service until resignation or retirement with employment not terminated prior to such time except for cause or financial exigency.

4.    Promotion or demotion of a member of the Faculty from one rank to another shall not affect the tenure status of the Faculty member concerned.

5.    The Faculty Review Committee, considering a candidate for tenure, shall include evaluations of the professional competence of the candidate by recognized authorities in the candidate's chosen field.  There shall be not less than four (4) such evaluations, two (2) by evaluators selected by the Committee from a list of four nominated by the candidate and two (2) selected independently by the Committee.  These external submissions will then be considered together with the normal processes and criteria in a regular faculty review.

E.    Dismissals for Cause

1.    If a charge of defective doctrine ("heresy") should be brought against any member of the Faculty, the Seminary will not normally suspend that person either temporarily or permanently until the charges have been adjudicated by the courts of the appropriate ecclesiastical body, normally the Permanent Judicial Commission of the General Assembly.  The final decision whether to dismiss or retain remains with the Board of Directors of the Seminary, however.

2.  Termination of any appointment, other than by expiration of term, may be made for cause which includes incompetence, moral delinquency, failure to perform duties and incompatibility with the Seminary's purpose. The individual concerned shall be informed of the reasons for the termination of his or her appointment.  Prior to such termination, the President shall seek the advice of a hearing board.  In the case of alleged moral delinquency, the President may suspend the accused faculty member with pay for up to 6 months pending the report of a hearing board as hereinafter provided.

3.  A hearing board shall consist of three tenured full professors, excluding the individual under consideration. The individual under consideration shall have the right, within 30 calendar days after the date of the President's notice to him or her of the reason for termination, to choose one; the Dean of the Faculty, in consultation with the President, shall choose one; and these two shall elect the third, who shall serve in the chair with vote.  If the individual under consideration fails to choose a member of the hearing board the Dean of the Faculty in consultation with the President shall choose a second member of a hearing board for him or her.  Full professors thus chosen will be expected to serve unless prevented by a genuine emergency.

4.  The Dean of Faculty or his/her designee will provide a written statement of cause to the individual and the hearing board not later than five calendar days after the hearing board members have been chosen.  The individual or his/her designee will have the right to provide to the hearing board a written response to the charges one calendar month after receipt of the written statement of cause.  The hearing board shall make available all written Faculty Review Committee evaluations of the individual's performance or the alleged facts in support of a charge of moral delinquency to the individual.

5.  The hearing board shall transmit in writing its findings and recommendations to the President and Chairperson of the Board of Directors not later than ten (10) days after the hearing, for consideration and action by the Board or Executive Committee thereof after review of the process by the Education Committee of the Board.  Written notice of the decision of the Board of Directors shall be given to the individual.

6.  A hearing before the same hearing board shall be held when the faculty members makes a specific claim in writing to the President and Dean within thirty (30) days following the date of the Board of Directors decision for or against dismissal of the faculty member. This second hearing shall be limited to allegations of unfair practice with reference to the terms and conditions of appointment, such as failure to reappoint and/or award tenure.

7.  At the discretion of the President, in clear cases of need, the salary of a dismissed faculty member may be continued for the completion of the contract or up to one year beyond the effective date of dismissal.

F.   Financial Exigency

The Board of Directors may, upon due notice, terminate the services of any member of the faculty because of a financial exigency that is demonstrably bona fide, subject to the right to a hearing as provided above.  Such a hearing shall be limited to a determination of the existence of financial exigency.

## ADMINISTRATIVE POLICIES (FACULTY)

A.   Faculty Development Policy and Funds Distribution

1.  The Faculty Travel Fund and the Kelley Faculty Development Fund are combined under the title, "Kelley Fund," to be used for faculty professional development. (That part of the current Kelley Faculty Development Fund reserved for the enhancement of teaching will continue to be designated explicitly and primarily for the improvement of teaching, especially events that benefit the whole faculty.)

2.  For administrative purposes, the declaration of the amount granted for professional development from the "Kelley Fund" to each faculty member in one academic year will show 1) the amount granted from the PTS operating budget, 2) the amount granted from the specific endowment fund (formerly the "Kelley Faculty Development Fund"). The part from the operating budget is established annually through the normal procedure of setting the budget under the direction of the Business Office. The part from the endowment fund is taken from the yearly dividend of the fund.

3.  The Office of the Dean of Faculty divides the total amount available for individual faculty members by the number of eligible faculty. This determines the maximum amount each faculty member may have from the fund. Each faculty member is notified at the beginning of the academic year that she/he has this maximum amount available for professional development. In cases where other funds are available for individual faculty members, the Business Office, which is accountable for the disposition of all such funds, may decide which funds are appropriate for certain events

4.  The criterion for approval of use of the funds is the professional development of the faculty member, to include expenses for attendance at professional societies.

5.  Written application explaining the use of the funds for professional development, and official approval must occur prior to the event(s) for which the funds are used (email is acceptable). A reasonable estimate of costs is expected. Application does not have to be made all at once, at the beginning of the academic year. After the event all expenses must be submitted to the Office of the Dean of Faculty for signature and forwarding to the Business Office for reimbursement Each faculty member is expected to keep an accurate account of the funds he or she has used.

6.  Ordinarily approval will be immediate and given by the Dean of Faculty, e.g., for a faculty member to attend an AAR meeting. Only in questionable or unusual cases will the Faculty Development Committee meet to decide approval or disapproval, at the discretion of the Dean of Faculty.

7.  The Faculty Development Committee shall continue to decide the disposition of that part of the Kelley Fund that is designated explicitly for the improvement of teaching (i.e. teaching methods and classroom performance), especially events that benefit the whole faculty.

Form for Request for Faculty Development Funds

Written application explaining the use of the funds for professional development and official approval of the Dean must occur prior to the event(s) for which the funds are used (email is acceptable). A reasonable estimate of costs is expected. A separate form is to be used for each event. Forms are available in the Dean's office.

Normally costs are to be charged to a personal credit card. Following the event, receipts are attached to the form for travel expenses and submitted to the Dean's Office, which checks the amount used by the original request and forwards the form/receipts to the Business Office for reimbursement.

Event:
Dates (include travel time):
Explain how this event is faculty development:
Estimated Costs:

B.   Grant Proposals and External Funding
The Office of Development provides resources needed or necessary for writing various kinds of proposals for funding (grants) from sources outside Pittsburgh Theological Seminary, and it can give faculty members information on the relationship between grants and PTS salary.  The Office of Development also keeps an important record of all donors and grants to PTS, whether to the institution or to individual faculty members.  (Normally foundations do not give grants to individual scholars but rather to their institutions, unless explicitly stated in published grant materials.)  Even when faculty members see no need for help from the Office of Development in seeking funding (e.g., for individual research and teaching projects), they should inform the Office both about applications for grants and about grant awards.

C.   Post-tenure Reviews [Recommended by the Faculty to the Board]

1.   The work of all faculty members who hold tenure and of faculty members who have been reappointed to a primarily administrative position is reviewed every five years by the Working Committee.  The purpose of this review is to assess the effectiveness of the faculty member's performance, discuss his or her professional goals for the next five years, and develop strategies to support the faculty member's growth as teacher and scholar.  This review is ordinarily held in the fall term.

2.   The faculty member being reviewed will submit a written report, briefly outlining the following:  courses taught, the strengths and weaknesses of the courses, and plans for improvement, including the enhancement of teaching ability; research and publications completed during the period under review; participation in committee work and campus life; and course and research plans underway.  The report may also include the following information:  activities in church and community; encouragement of the scholarship and/or professional development of others on the faculty and in the administrative and support staff, performance in special assignments, and other contributions to institutional vision, morale, and collegiality; and major commitments fulfilled off the campus.

3.   The review is conducted by the Working Committee of the Tenured Faculty.  In preparation for the conversation with the faculty member under review, members of the Committee read the written report of the faculty member, course evaluations for the period under review, and published materials.  The Dean of Faculty prepares a critical evaluation, based on the review.  The evaluation is shared with the faculty member being reviewed, who may write a response.  Both documents are given to the President, shown to the Tenured Faculty, and become part of the record.

4.   In the event serious deficiencies are disclosed in the review, the recommendations will include steps that might be taken to redress the deficiencies and assistance that is available or will be provided.  A stated period of time within which the redress is to be made may also be stipulated.

D.   Medical Leave Plan
 May 10, 2001
Active Full Time Faculty Members

Long Term Disability
The Seminary provides Long Term Disability Insurance (LTD), at no cost, for all active full-time faculty members who are disabled (unable to work) due to personal, not work-related, sickness or injury.  Benefit payments begin on the 91st calendar day of disability and are paid at 60% of salary, up to a maximum salary of $70,000. (Thus, it would be a monthly maximum benefit of $3500). These LTD benefits are provided either through the Presbyterian Board of Pensions Plan or through an insurance company.  Both plans require application forms to be submitted, including medical documentation.

In general, these payments continue until the end of the disability, to age 65, or to retirement; there are additional provisions, if the disability begins <u>after</u> age 62/63. Both plans provide for a "carve out" of any disability benefits provided by the government, such as, Social Security Disability Benefits, for which the disabled person must apply. Details of the plans are contained in the booklets supplied to all participants by the Board of Pensions or the insurance carrier.

Disability Benefits Prior to Commencement of LTD Payments - Sick Days

1. As of the beginning of each school year – June 1 – each faculty member, except new faculty starting work after September 1 of the prior school year, will be credited with 12 Sick Days. For a faculty member, starting work after September 1 of the prior school year, Sick Days for the year beginning June 1, will be pro-rated at 1 day per month of service. During the first school year, a member may borrow Sick Days from the Days that would be credited on the following June 1, based upon months of service actually completed.

2. <u>Accumulation.</u> As of June 1, each year, the Business Office adds the number of Sick Days, unused from the previous school year, to each faculty member's accumulation in the "Sick Bank," up to a maximum of 90 days. Sick time is first charged to current Sick Days then to the accumulation in the Sick Bank, until the LTD payments begin on the 91<sup>st.</sup> day of disability. Payments from the Sick Bank cease when LTD payments begin.

<u>Insufficient Sick Days.</u> In the event there are not sufficient Sick Days – using the current year's Sick Days as well as those in the individual's accumulation in the Sick Bank - to receive full pay until the LTD benefits begin, then, the Seminary will pay the same 60% of salary as under the LTD plan, until the eligibility date for payments under the LTD plan.   [It should be noted that, for the LTD benefits <u>calendar</u> days are counted to arrive at the 90 days of disability when payments begin, and that only the days absent from our normal <u>5-day</u> workweek are used in charging Sick Days. Thus, only approximately 63 Sick Days would bridge the 90-day waiting period.]

<u>Monthly Self-Certification.</u> In order to keep track of Sick Days, at the end of each month, each faculty member will sign a form, provided, and send it to the Dean's Office, certifying the number of Sick Days used that month.

<u>Sabbatical Leave.</u> If a faculty member becomes disabled for more than one week during a sabbatical leave, and it appears that a longer period of disability will ensue, the member should report such condition to the Dean's Office for consideration under this policy. Upon review and approval by the President and the Education Committee of the Board, such faculty member's status may be changed from "Sabbatical" to "Disabled". Thereafter, Sick Days and LTD rules would apply. When the faculty member is medically able to resume work, the continuation of the Sabbatical Leave would be a matter of proper medical notification to the Dean and the President. Time lost in sabbatical due to illness or injury will be granted at a later date satisfactory to both the faculty member and the Seminary.

Summer Vacation and Study/Research Period disabilities should be reported to the Dean's office

Medical Support. In all absences over one week due to sickness or injury, medical information from the doctor is necessary. In case of disability, the release to return to work should be sent to the Dean's office. In an emergency situation, the information from the doctor should be provided as soon as is practical.
Questions should be directed to the Business Office.

D. Secretarial Services
1. Faculty members are asked to recognize that a secretary is assigned to approximately half of the faculty.

2. Secretarial personnel will be assigned to faculty members by and be under the supervision of the Dean of Faculty. Assignments are made in consultation with the Vice President for Business Affairs.

3. From time to time reassignments will be made in the interest of equitable secretarial workloads.

4.  For material that is to be copied, the faculty member is urged to acknowledge and allow a reasonable lead-time for preparation of materials and the resulting copying and collating.  Generally, under normal circumstances three (3) days should be allowed for the complete process.  The beginning of a term usually generates a flood of materials to be copied and collated.  Therefore, only work received one week prior to the beginning of a term can be guaranteed for completion by the beginning of the term. Faculty should be aware of copyright laws when asking for copying: this is a legal responsibility.

5.  Order of Secretarial Priorities
    a.  Classroom requirements
    b.  Committee work
    c.  Correspondence
    d.  Appointments
    e.  Indirect Seminary business as time permits (e.g., journal articles, correspondence with professional organizations, etc.)
    f.  Typing of books, manuscripts, etc., as time permits.
    g.  Typing of work submitted by faculty members on sabbatical leave.

6.  Secretarial services are not provided for:
    a.  Personal work and correspondence.
    b.  Preparation of materials for non-Seminary engagements.

7.  Where it is necessary for extra help, the Dean or the Vice President for Business Affairs is to be consulted.

8.  Where problems with secretarial services occur, the Dean of Faculty is to be consulted.


FACULTY SECRETARY ASSIGNMENTS

These assignments may change if a need for redistribution arises.

With the addition of two new faculty members, you should be especially aware that your secretary is not a personal assistant.  Do not assign your secretary tasks that are not compatible with the secretaries' job description.  This includes preparing materials for non-Seminary speaking engagements.  Also be especially aware of copyright laws when you ask for photocopying.

| Kathy Anderson | Holly McKelvey |
|----------------|----------------|
| Burgess | Cole-Turner |
| Fuller | Creach |
| Hancock | Gagnon |
| Humphrey | Hainsworth |
| Owens | Purves |
| Smith | Son |
| Tappy | Swart |
| Thompson | Van Driel |
| Tuell | Field Education |
| Vacek | |

E.   Telephone
All personal long distance telephone calls and long distance calls relating to engagements for which honoraria/expenses are paid to a Seminary employee should be paid directly by that employee, or reimbursed to the Seminary by the employee (if the call was placed via the Seminary's telephone system). Furthermore, the Seminary should be reimbursed for all calls chargeable to other agencies, such as the General Assembly, church boards, etc.  The employee placing the call is responsible to see that this is done.

F.   Supplies
Supplies such as paper, envelopes, etc., used in getting out materials for such agencies as the General Assembly, the boards and agencies of the church, should be billed to said agencies, so that the Seminary may be reimbursed for those expenditures.  Office supplies for Seminary use may be secured through the Business Office.

G.   Postage and Fax
Postage will be paid **only** on ***Seminary Related Mail***.
The FAX number is (412) 363-3260.
Rates:
Incoming .......................................................................... No Charge
Outgoing:
Local (412) & (724) ........................................................35 per page
Long Distance .................................................................75 per page
International: .................................................................3.00 per page

Business activity will be charged to your department budget under the appropriate line item expense.  Personal activity must be paid in advance.  Central Services (mailroom personnel) will send, receive and distribute FAX copies.  They will also collect applicable fees.

## PTS Visiting Scholar Policy   (April 2023)

This policy applies to visiting faculty and independent scholars who wish to spend sabbatical or extended study leave at PTS to work on research and writing projects.

### Applying for Visiting Scholar Status

At least 9 months prior to the desired period in residence, those seeking visiting scholar status should submit to the dean of faculty:

1.  a letter of interest to the dean of faculty which includes:
    - A clear description of the scholarly project
    - Rationale re: why Pittsburgh Theological Seminary?
    - Length of visit (not to exceed two semesters/9 months)

2.  a letter of recommendation from the department head/dean of visiting scholar's institution or from a PTS administrator or faculty member

### Approval Process

Visiting Scholar materials are considered by the Academic Affairs of the faculty on a case by case basis. If the AAC approves the candidate as a Visiting Scholar, a representative of the seminary sends a letter of welcome, noting the following stipulations:
- a background check from Castle Branch is required
- proof of health insurance is required [1]
- Visiting Scholars are subject to all campus policies re: harassment and discrimination

### Visiting Scholar Benefits

Once approved, visiting scholars are granted the following privileges:
- Housing
- Access to food services
- Class/lecture attendance (must be approved by instructor)
- Meetings w/ faculty (arranged with faculty)
- Library access
    - Use of visiting scholar carrel
    - Borrowing privileges (up to 100 books)
    - Access to library databases (including remote access)
    - Interlibrary loan

Visiting scholar may also:
- Attend/lead in chapel worship services
- Participate in seminary community events

---

[1] An international visiting scholar doing independent research will require a B1 Visa (or Visa Waiver). Basic health insurance coverage is required by the U.S. government for all international visitors.

THE CONSTITUTION OF PITTSBURGH THEOLOGICAL SEMINARY OF THE PRESBYTERIAN CHURCH (USA) AS AMENDED BY THE BOARD OF DIRECTORS THROUGH NOVEMBER 12, 2013

PREAMBLE

The Pittsburgh Theological Seminary of the Presbyterian Church (USA), formerly the Pittsburgh Theological Seminary of the United Presbyterian Church in the United States of America, was formed by the consolidation of Pittsburgh-Xenia Theological Seminary, the successor to Xenia Theological Seminary founded on April 1, 1794 by the Associate Presbyterian Presbytery of Pennsylvania, and The Pittsburgh Theological Seminary established on May 28, 1825 by the Associate Reformed Presbyterian Synod of the West, and the Western Theological Seminary organized in 1825 under the plan for a seminary adopted by the General Assembly of the Presbyterian Church in 1811.

ARTICLE I
NAME

The name of the institution is the Pittsburgh Theological Seminary of the Presbyterian Church (USA).

ARTICLE II
PURPOSE AND SCOPE

Section 1. The primary purpose of Pittsburgh Theological Seminary is to provide academic and vocational preparation for leaders in Christian ministries.

Section 2. The academic programs shall provide requisite professional credentials for Christian ministries. To that end, the Seminary shall provide instruction in the knowledge of the Old and New Testaments and of the traditions, order, confessions and institutes of worship taught in the Scriptures and exhibited in the Book of Confessions of the Presbyterian Church (USA) and similar doctrinal statements of  Christian denominations which recognize graduates of the Seminary as having fulfilled their respective educational requirements for ordination. The academic programs shall also include advanced courses in biblical studies, history, theology, and other disciplines and subjects related to ministry for the purpose of enhancing the competence of students to engage in Christian service.

Section 3. The Seminary shall provide non-degree educational programs in support and furtherance of Christian ministries, including programs for continuing education and systematic study of specific concerns of the Christian community.

Section 4. The Seminary may keep the Christian churches informed theologically through its graduates and theological research.

Section 5. The Seminary may cooperate with other institutions of higher education and with ecumenical and multi-faith communities.

ARTICLE III
BOARD OF DIRECTORS

Section 1. The governing body of the Seminary shall be a Board of Directors ("Board") consisting of no fewer than fifteen (15)  Directors. The President shall be one of the Directors.

Section 2. The term of office of each Director other than the President shall be three (3) years with re-election subject to such rules of tenure as the Board may from time to time establish.  Directors shall be elected by the Board. The Nominations Committee shall nominate one (1) member of each graduating class for a three-year term as a Director. The Alumni Association may recommend one (1) of the members of the Association each year for nomination by the Nominations Committee for a three-year term as a Director.

Section 3. Each Director, before taking office, shall, in the presence of the Board, subscribe to the following: "I do solemnly promise, in the presence of God, that I will faithfully execute the office of a Director of the Pittsburgh Theological Seminary of the Presbyterian Church (USA), and will support its Constitution, so long as I remain in this office," and shall sign the register attesting to this pledge.

Section 4. The permanent committees of the Board shall be: Executive, Education, Finance, Audit, and Nominations . The Board may establish such other permanent or ad hoc committees as it shall desire from time to time.

Section 5. The officers of the Board shall be a Chair, a Vice Chair, and such other officers and assistant officers as it shall authorize from time to time.  The officers of the Board shall be elected by the Board to serve until their respective successors are elected and accepted office.

Section 6. The Board, in addition to all of the powers given to it by the laws of Pennsylvania and the charter of the Corporation, shall have the power to make and adopt such by-laws, rules of procedure and policies and from time to time, to make such changes therein and amendments thereof as seem to be necessary or desirable for the proper conduct of the affairs of the Seminary.

Section 7. The Board shall have complete control of all programs and activities, real and personal property of the Seminary; the custody, management and disposal thereof, and the investment of the funds of the Seminary consistently with the wills of testators and donors thereof and the laws of Pennsylvania.

Section 8. The Board shall have the power: (a) to elect and induct into office the administrative officers and the Faculty members, to transfer them from one office or chair to another, to reappoint, promote and demote them and to grant tenure to Faculty members, to accept their resignations and, within the procedures provided therefore, to remove them from office; (b) to suspend temporarily an administrative officer or Faculty member preliminarily to and pending an investigation of serious charges against an administrative officer or Faculty member when deemed necessary; (c) to appoint such other personnel as may be deemed necessary for the effective conduct of the Seminary's affairs.

The Board shall have the power to confer appropriate degrees or other forms of academic recognition upon such of the students of the Seminary as shall be recommended by the Faculty as having complied with the prescribed conditions and requirements of the Seminary for such degrees or other forms of recognition.

ARTICLE IV
ADMINISTRATIVE OFFICERS

Section 1. The administrative officers of the Seminary shall be a President, who shall be the Chief Executive Officer of the Corporation and who shall report to the Board; one (1) or more Vice Presidents and Deans (including the Dean of Faculty) as determined by the Board, and such other officers as the Board may determine.

Section 2. Terms and Succession.
a.    The administrative officers of the Seminary shall be appointed for an indefinite period or for a specific number of years as the Board may determine; provided that the Board may terminate the term of any administrative officer at any time upon its own motion.

b.   If the office of President becomes vacant by reason of death or incapacity of any kind such as to prevent the President from performing the duties of the office, the Dean of Faculty shall assume the administrative duties of the office pending action of the Board or Executive Committee thereof. If the Dean of Faculty is unable to act, the senior member of the Faculty with tenure in terms of service shall act.

ARTICLE V
FACULTY

Section 1. There shall be four (4) faculty ranks; namely, Professors, Associate Professors, Assistant Professors, and Instructors. In addition, there may be guest professors, adjunct professors, lecturers, graduate assistants and teaching fellows, as needed.

Section 2. The President, the Dean or Deans, the occupants of the four (4) Faculty ranks and the Librarian shall compose the Faculty. The President shall be the Chair of the Faculty and shall have the right to vote.

Section 3. Members of the Faculty shall be appointed by the Board. If such appointments become necessary between stated meetings of the Board, the Executive Committee of the Board may act. If the Education Committee has declared a vacancy on the Faculty shall be filled, the President with the assistance of a search committee consisting of not more than five (5) Faculty members elected by the Faculty, at least one (1) member of the Education Committee appointed by the Chair of the Board, and not more than one (1) student elected by the student body, shall recommend one (1) or more candidates for the Faculty position to be filled, and whether indefinite tenure should be granted, to the Education Committee, which shall then make its recommendation to the Board or the Executive Committee, as the case may be.

Section 4. Faculty members may be appointed for a specific term or with indeterminate tenure. The term of Faculty holding joint administrative-Faculty appointments in which administrative responsibilities are primary shall be co-terminus with the term of the administrative appointment unless the Board grants indeterminate tenure or eligibility for indeterminate tenure as a part of the Faculty appointment. Other appointments to the Faculty shall be for specific terms of not more than three (3) years with reappointments for specific terms of not more than three (3) years. Members of the Faculty may be granted tenure by the Board upon the recommendation of the Education Committee in accordance with policies and procedures approved by the Board. Other members of the teaching staff shall be appointed by the President for terms of not more than one (1) year at a time.

Section 5. Members of the Faculty appointed or reappointed for a specific term of years shall be terminated at the end of the term with such notice as may be provided in the By-laws.

Section 6. Indeterminate tenure implies permanent status on the Faculty and is to be rescinded only under the gravest circumstances in the judgment of the Board.

Section 7. A majority of the Faculty shall be members of member denominations of the World Communion of Reformed Churches.

Section 8. Each member of the Faculty shall subscribe to the following before assuming the position; "I do solemnly promise, in the presence of God, that I will faithfully perform the duties and responsibilities of a member of the Faculty of Pittsburgh Theological Seminary of the Presbyterian Church (USA) and will support its Constitution so long as I continue in such office."

Section 9. Each Faculty member shall exercise authority and discharge the duties of office in such manner as the individual may deem proper. In consultation with the Dean of Faculty and with the approval of the Faculty, a Faculty member shall develop and conduct the instruction in each course assigned to him or her.

Section 10. The Faculty shall organize itself with the President as Chair, adopt by-laws and procedures which shall not conflict with nor contradict the Seminary Constitution and by-laws. It shall meet regularly at the Seminary to conduct its business and any academic or professional programs it may find to be desirable.

Section 11. Under the leadership of the President and the Dean of Faculty and subject to the approval of the Board upon recommendation of the Education Committee, the Faculty shall have the power and the duty to formulate the curriculum and to direct the educational programs of the Seminary. It shall exercise general authority over the student body, including the power to suspend or dismiss any student for academic reasons subject to the right of appeal to a committee consisting of the President, the Dean of Faculty and the three (3) most senior members of the Faculty by service not involved in the suspension or dismissal.

Section 12. The President, in consultation with the Faculty or an appropriate committee thereof, may grant leaves of absence to Faculty members in accordance with a general policy therefor approved by the Board for graduate study, research or other pursuits of academic value.

ARTICLE VI
ADMISSIONS

Section 1. A student applying for admission to any course of study offered by the Seminary shall provide evidence of good character and of a Bachelor's degree from an accredited college or university or its academic equivalent and normally shall be a member in full communion in some branch of the Christian Church. A student transferring from another theological seminary shall provide evidence of good standing.

Section 2. Specific qualifications for admission to any particular course of study shall be formulated by the Faculty and approved by the President and Dean.

ARTICLE VII
STUDENT AFFAIRS

Section 1. All students registered and enrolled in the Seminary in a course of study leading to a degree shall organize a Student Association which shall conduct all student social and extra-curricular affairs and shall conduct elections of student representatives to other Seminary committees or organizations as required.

Section 2. The Student Association may adopt by-laws and rules of procedure for its affairs which shall not conflict with nor contradict the Constitution and by-laws of the Seminary.

Section 3. The Student body as a whole and individual students, shall be subject in academic affairs to such rules of conduct and disciplinary procedures as shall be promulgated from time to time by the Faculty and approved by the Board. In non-academic affairs the students shall be subject to rules promulgated by the President; provided such rules and regulations may be suspended or vetoed by the Board at any time. Each student shall agree by matriculation in the Seminary to abide by all the rules and regulations of the Seminary then in force or thereafter promulgated and to be subject to discipline, including dismissal, in accordance therewith.

ARTICLE VIII
AMENDMENTS

This Constitution may be amended by the vote of the Board at any regular or special meeting, a majority being present, written notice of the proposed amendment having been given thirty (30) days prior to the date of the meeting.

AS APPROVED BY THE BOARD OF DIRECTORS 11/12/13