IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE E. THORPE, TH.D., <br><br> Plaintiff, <br><br> v. <br><br> PITTSBURGH THEOLOGICAL SEMINARY, <br><br> Defendant. | Civil Action No. 2:24-cv-00194-CCW <br><br> Honorable Christy Criswell Wiegand <br><br> Electronically Filed <br><br> Jury Trial Demanded |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Motion for Reconsideration, or in the Alternative, to Certify for Immediate Appeal, Summary Judgment is hereby GRANTED in favor of Defendant Pittsburgh Theological Seminary.

_____, J.